UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| GILEAD SCIENCES, INC. and GILEAD SCIENCES IRELAND UC IDA,<br><br>   Plaintiffs,<br><br>v.<br><br>MERITAIN HEALTH, INC., PROACT INC., RX VALET, LLC, ADVANCED PHARMACY, LLC, AQUA ENTERPRISE INC. *d/b/a* AFFORDABLE RX MEDS, GREGORY P. SANTULLI, AND FETIH ECZANESI<br><br>   Defendants. | Case No. |

## LINE REQUESTING SUMMONSES

TO THE CLERK OF THE COURT:

Kindly issue summonses for service by private process upon each named Defendant as identified below:

MERITAIN HEALTH, INC.
Serve On: CT Corporation System, Resident Agent
1200 South Pine Island Road
Plantation, FL 33324

PROACT INC.
Serve On: David J. Schryver, Resident Agent
6333 Route 298
East Syracuse, NY 13057

RX VALET, LLC
Serve on: Gregory P. Santulli
2365 Bellefonte Avenue
Lawrenceville, GA 30043

ADVANCED PHARMACY, LLC
Serve on: Gregory P. Santulli
1580 Atkinson Road
Lawrenceville, GA 30043

AQUA ENTERPRISE INC. *d/b/a*
AFFORDABLE RX MEDS
Serve on: Anwar Ladhani
1117 Sawgrass Corporate Parkway
Sunrise, FL 33323

Gregory P. Santulli
2365 Bellefonte Avenue
Lawrenceville, GA 30043

Fetih Eczanesi

Dated:  December 10, 2025              */s/ Gregg L. Bernstein*
                                       Gregg L. Bernstein (Bar # 01340)
                                       Daniel P. Moylan (Bar # 26476)
                                       Zuckerman Spaeder LLP
                                       100 E. Pratt Street – Suite 2440
                                       Baltimore, MD 21202
                                       Tel. (410) 332-0444
                                       Fax (410) 659-0436
                                       gbernstein@zuckerman.com
                                       dmoylan@zuckerman.com

Geoffrey Potter (*PHV* forthcoming)
Timothy A. Waters (*PHV* forthcoming)
Jonah M. Knobler (*PHV* forthcoming)
Tara J. Norris (*PHV* forthcoming)
Rhick Bose (*PHV* forthcoming)
Nathaniel Lancaster (*PHV* forthcoming)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel. (212) 336-2000
Fax  (212) 336-2222
gpotter@pbwt.com
twaters@pbwt.com
jknobler@pbwt.com
tnorris@pbwt.com
rbose@pbwt.com
nlancaster@pbwt.com

*Attorneys for Plaintiffs*
*Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC*