IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GILEAD SCIENCES, INC., *et al.*, ) <br> ) <br>    *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> MERITAIN HEALTH, INC., *et al.*, ) <br> ) <br>    *Defendants*. ) <br> ) | Case No. 24-CV-3566-JRR |

## DEFENDANT GREGORY SANTULLI'S MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant Gregory Santulli, through undersigned counsel, hereby moves to dismiss Plaintiffs' Complaint for lack of personal jurisdiction. The grounds for this Motion and supporting legal authority are set forth in the accompanying Memorandum of Law and supporting evidentiary exhibit filed contemporaneously herewith and incorporated herein.

WHEREFORE, Defendant Gregory Santulli respectfully requests that the Court grant this Motion and dismiss him from this action based upon lack of personal jurisdiction.

Respectfully submitted,

Date: March 13, 2025

/s/ Michael Blumenfeld
Michael E. Blumenfeld (Bar No. 25062)
Nelson Mullins Riley & Scarborough LLP
100 S. Charles Street, Suite 1600
Baltimore, Maryland 21201
Phone: 443.392.9402
Fax: 410.392.9499
michael.blumenfeld@nelsonmullins.com

>Rachel Atkin Hedley, *pro hac vice application forthcoming*
>SC Bar No. 16941
>Nelson Mullins Riley & Scarborough LLP
>1320 Main Street, Suite 1700
>Columbia, South Carolina 29201
>Telephone: (803) 255-5565
>Facsimile: (803) 256-7500
>rachel.hedley@nelsonmullins.com
>
>Michael P Beltran, *pro hac vice*
>Fla. Bar No. 0093184
>Beltran Litigation, P.A.
>4920 West Cypress St.
>Suite 104 PMB 5089
>Tampa, FL 33607
>813-870-3073 (o)
>mike@beltranlitigation.com
>
>*Attorneys for Rx Valet, LLC; Advanced Pharmacy, LLC; Gregory Santulli; and Aqua Enterprise Inc. d/b/a Affordable Rx Meds*

## CERTIFICATE OF SERVICE

I hereby certify this 13th day of March 2025 that the foregoing Defendant Gregory Santulli's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction has been served on all counsel of record by electronically filing this document via the CM/ECF system, which will send notice thereof to all counsel of record.

>*/s/ Michael Blumenfeld*
>Michael E. Blumenfeld