IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

-----------------------------------------------------------------x

GILEAD SCIENCES, INC., *et al.*,                    :
                                                    :
                                  Plaintiffs,       :       Case No. 1:24-cv-03566-JRR
                                                    :
v.                                                  :
                                                    :
MERITAIN HEALTH, INC., *et al.*,                    :
                                                    :
                                  Defendants.       :
                                                    :
                                                    :
                                                    :
                                                    :
                                                    :
                                                    :
----------------------------------------------------------------- X

## <u>DECLARATION OF GEOFFREY POTTER</u>

GEOFFREY POTTER, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am a partner of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC, (collectively, "Gilead").

2.      I make this declaration in support of Gilead's motions for a temporary restraining order, an order to show cause for a preliminary injunction, and an order permitting expedited discovery, and to place certain facts and documents before this Court pertaining to the newly added defendants. I have personal knowledge of the facts stated herein.

3.      I attach hereto true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1. | Declaration of Brian Nilstoft.  This document was previously submitted to the Court at Dkt. No. 11-3. |
| 2. | Declaration of Gretchen Stroud. This document was previously submitted to the Court at Dkt. No. 11-5. |

| 3. | CanaRx CCMHG Formulary (September 24, 2025) |
|---|---|
| 4. | CanaRx St. Lawrence County Formulary (January 2025), publicly accessible at https://www.stlawco.gov/sites/default/files/HumanResources/St.%20Lawrence%20County-CANARX%20Formulary%202025.pdf |
| 5. | ElectRx Formulary for Executive Management Services (March 2024), publicly available at https://issuu.com/mjinsurance/docs/electrx_flyer |
| 6. | ScriptSourcing Rx Risk Management Specialty Medication List, publicly accessible at https://scriptsourcing.com/wp-content/uploads/ScriptSourcing-Rx-Risk-Management.pdf |
| 7. | ScriptSourcing Brochure entitled "Your Health Plan Has A Serious Drug Problem And It's Getting Worse Everyday," publicly accessible at https://scriptsourcing.com/wp-content/uploads/2021/04/ScriptSourcing-Brochure.pdf |
| 8. | CanaRx web page entitled "Your Plan" |
| 9. | ElectRx Flyer entitled "Do You Take Any of These Medications?" publicly accessible at https://electrx.com/wp-content/uploads/2023/01/ElectRx_Flyer-2.pdf |
| 10. | ScriptSourcing web page entitled "Top 25 Medications Sourced by Savings," publicly accessible at https://scriptsourcing.com/top-25-medications-by-savings/ |
| 11. | Document produced with Bates numbers PROACT037546-59 |
| 12. | Document produced with Bates number PROACT000754. This document was previously submitted to the Court at Dkt. No. 153-10. |
| 13. | Document produced with Bates numbers PROACT000946-54 |
| 14. | Excerpt of document produced with Bates numbers Rx Valet120967-68 |
| 15. | Document produced with Bates numbers MRTN0003324-29 |
| 16. | Document produced with Bates numbers MRTN0001686-88. This document was previously submitted to the Court at Dkt. No. 152-6. |
| 17. | Excerpt of HHS Task Force on Drug Importation, Report on Prescription Drug Importation 35 (2004), publicly accessible at http://www.safemedicines.org/wpcontent/uploads/2018/03/HHS |

| | |
|---|---|
| | -Report1220.pdf.  This document was previously submitted to the Court at Dkt. No. 13-11. |
| 18. | FDA web page, Personal Importation, publicly accessible at https://www.fda.gov/industry/import-basics/personalimportation.  This document was previously submitted to the Court at Dkt. No. 13-18. |
| 19. | Apr. 13, 2018 U.S. Attorney's Office for the District of Montana, Press Release, Canadian Drug Firm Admits Selling Counterfeit and Misbranded Prescription Drugs Throughout the United States.  This document was previously submitted to the Court at Dkt. No. 13-19. |
| 20. | Feb. 26, 2019 Warning Letter from FDA to CanaRx Services Inc.  This document was previously submitted to the Court at Dkt. No. 13-14. |
| 21. | Mar. 2, 2023 Warning Letter from FDA to ElectRx and Health Solutions, LLC.  This document was previously submitted to the Court at Dkt. No. 13-15. |
| 22. | U.S. Food and Drug Admin., Regulatory Procedures Manual, Chapter 9: Important Operations and Actions 24 (2024), https://www.fda.gov/inspections-compliance-enforcement-and-criminalinvestigations/compliance-manuals/regulatory-procedures-manual.  This document was previously submitted to the Court at Dkt. No. 152-48. |
| 23. | U.S. Food and Drug Admin., Personal Importation Policy (PIP) Frequently Asked Questions (FAQs), https://fda.report/media/83411/PIP-Faqs.pdf.  This document was previously submitted to the Court at Dkt. No. 152-49. |
| 24. | CanaRx web page entitled "Member FAQs," publicly accessible at https://www.canarx.com/faqs/member/ |
| 25. | CRX International web page entitled "Member FAQs," publicly accessible at https://www.crxintl.com/faqs/member/ |
| 26. | ElectRx web page entitled "FDA Response," publicly accessible at https://electrx.com/index.php/fda-response/ |
| 27. | CanaRx web page entitled "About," publicly accessible at https://www.canarx.com/about/ |
| 28. | CanaRx HCGIT Formulary (September 23, 2025), |
| 29. | CanaRx MNHG Formulary (September 23, 2025), |
| 30. | CanaRx SOMERSET Formulary (September 23, 2025) |
| 31. | CanaRx STELLAMARIS Formulary (September 24, 2025) |

| 32. | CanaRx PLANO Formulary (September 24, 2025) |
|---|---|
| 33. | Document produced with Bates number PROACT000649-652. This document was previously submitted to the Court at Dkt. No. 151-4. |
| 34. | Document produced with Bates number PROACT007228 |
| 35. | Document produced with Bates number PROACT007229 |
| 36. | Document produced with Bates number PROACT002360 (Plaintiffs have converted the native spreadsheet into a PDF and hidden certain redacted columns that appeared in the as-produced spreadsheet). |
| 37. | CanaRx web page entitled "We set the standard for safety and savings," publicly accessible at https://www.canarx.com/gold-standard/ |
| 38. | CanaRx Flyer entitled "The Benefits of Working with CANARX as Your IPSP," publicly accessible at https://www.canarx.com/wp-content/uploads/2025/03/IPSP_Sheet.pdf |
| 39. | CRX International web page entitled "Plan Admin," publicly accessible at https://www.crxintl.com/plan-admin/ |
| 40. | CanaRx web page entitled "Plan Admin FAQs," publicly accessible at https://www.canarx.com/faqs/plan-admin/ |
| 41. | CanaRx web page entitled "A Q&A with CANARX," publicly accessible at https://www.canarx.com/articles/a-qa-with-canarx/ |
| 42. | CanaRx web page entitled "CANARX Builds Upon Industry Leading Safety Protocols," publicly accessible at https://www.canarx.com/articles/canarx-builds-upon-industry-leading-safety-protocols/ |
| 43. | Decision and Reason for Decision, Ontario (College of Pharmacists) v. Kirteekumar Rameshchandra Pandya, Case No. 2024 ONCPDC 28 (Oct. 3, 2024) |
| 44. | Ontario Ministry of Public and Business Service Delivery Profile Report on CanaRx Services Inc. |
| 45. | Barbados CanaRx Group Financial Statements |
| 46. | Ontario Ministry of Public and Business Service Delivery Profile Report on 1646237 Ontario Inc. |
| 47. | Barbados CRX International Financial Statements |
| 48. | Ontario Ministry of Public and Business Service Delivery Profile Report on 2266578 Ontario Inc. |

| 49. | CRX International slide deck entitled "International Prescription Provider: Highest Quality Medications Lowest Possible Cost," publicly accessible at https://ehci.org/wp-content/uploads/2017/02/CRX-BAN-Conference-2017.pdf |
|---|---|
| 50. | Excerpt of documents produced with Bates number PROACT000377-628.  This document was previously submitted to the Court at Dkt. No. 151-2. |
| 51. | University of Windsor web page entitled "Alumni establish first scholarship for Indigenous undergraduate business students (October 28, 2021)," publicly accessible at https://www.uwindsor.ca/dailynews/2021-10-27/alumni-establish-first-scholarship-indigenous-undergraduate-business-students |
| 52. | Excerpts from the Transcript of David Schryver's February 3, 2025 Deposition. Excerpts from this deposition were also previously submitted to the Court at Dkt. No. 162. |
| 53. | Documents produced with Bates numbers PROACT006500-6504 |
| 54. | Documents produced with Bates numbers PROACT000630-34 |
| 55. | Documents produced with Bates numbers PROACT001066-1068 |
| 56. | Documents produced with Bates numbers PROACT002011-2012 |
| 57. | Documents produced with Bates numbers PROACT005868-5870 |
| 58. | Documents produced with Bates numbers PROACT005920-21 |
| 59. | Documents produced with Bates numbers PROACT005922-25 |
| 60. | Documents produced with Bates number PROACT003819 |
| 61. | Documents produced with Bates numbers PROACT035489-35514 |
| 62. | The Self-Insurance Directory for 2024/2025, publicly accessible at https://issuu.com/selfinsurer/docs/the_self-insurance_directory_2024_2025 |
| 63. | CanaRx web page entitled "Prescription Medication Safety a Cornerstone of CANARX," publicly accessible at https://www.canarx.com/articles/prescription-medication-safety-a-cornerstone-of-canarx/ |
| 64. | Documents produced with Bates numbers MRTN0004140-5 |

| | |
|---|---|
| **65.** | ElectRx 2025 Flyer containing a "partial list of medications available through the ElectRx Personal Importation Program," publicly accessible at https://electrx.com/wp-content/uploads/2025/09/ElectRX_Flyer_2025_Digital_POSTING.pdf |
| **66.** | Documents produced with Bates number ERX-00000001 (Plaintiffs have converted the native spreadsheet into a PDF and hidden certain redacted columns that appeared in the as-produced spreadsheet). |
| **67.** | Documents produced with Bates numbers MRTN0005027-5042 |
| **68.** | Michigan Department of Licensing and Regulatory Affairs 2024 Annual Statement for ElectRx and Health Solutions, LLC |
| **69.** | Michigan Department of Licensing and Regulatory Affairs 2025 Annual Statement for ElectRx and Health Solutions, LLC |
| **70.** | ElectRx Foreign LLC Filing in Florida, filed on December 5, 2019 |
| **71.** | Michigan Department of Licensing and Regulatory Affairs Filing Endorsement Certifying Change of Registered Office and/or Registered Agent for ElectRx and Health Solutions, LLC dated December 19, 2011 |
| **72.** | ElectRx materials including a contract, patient onboarding materials and invoices for Osceola, FL School District produced as part of a FOIA request by the Partnership for Safe Medicines, publicly accessible at https://www.safemedicines.org/wp-content/uploads/2019/09/Osceola-FL-School-District-Information.pdf |
| **73.** | ElectRx Statement of Assurance to the Covered Members of Zionsville Community Schools' Insurance Plan, publicly accessible at https://cms.zcs.k12.in.us/sites/default/files/Documents/hr/ElectRxStatement.pdf |
| **74.** | Ontario Ministry of Public and Business Service Delivery Profile Report on Canusa Health Inc. |
| **75.** | Neil W. McCabe, *New drug plan for city workers*, The Somerville Times (July 21, 2004), publicly accessible at https://www.thesomervilletimes.com/archives/4581 |
| **76.** | LinkedIn profile for Jeff Dinsmore, President at Canusa Health LLC |
| **77.** | Michigan Department of Labor & Economic Growth Bureau of Commercial Services Articles of Organization for Canusa Health LLC filed June 19, 2008 |

| | |
|---|---|
| **78.** | Michigan Department of Consumer and Industry Services Filing Endorsement Certifying Articles of Organization for Canusa Health, LLC dated October 22, 2001 |
| **79.** | Michigan Department of Licensing and Regulatory Affairs Filing Endorsement Certifying Articles of Organization for Global Rx International Health Solutions, LLC dated May 5, 2015 |
| **80.** | Michigan Department of Licensing and Regulatory Affairs Filing Endorsement Certifying Articles of Organization for Global Rx Strategies, LLC dated May 5, 2015 |
| **81.** | Michigan Department of Consumer and Industry Services Filing Endorsement Certifying Articles of Organization for PharmaPlans Management, LLC dated July 21, 2004 |
| **82.** | ScriptSourcing web page entitled "Saving the World one script at a time," publicly accessible at https://scriptsourcing.com/about/ |
| **83.** | ScriptSourcing web page entitled "Search Brand Name Medication" searching for BIKTARVY® |
| **84.** | ScriptSourcing web page entitled "Search Brand Name Medication" searching for DESCOVY® |
| **85.** | ScriptSourcing web page entitled "Search Brand Name Medication" searching for GENVOYA® |
| **86.** | ScriptSourcing web page entitled "Search Brand Name Medication" searching for ODEFSEY® |
| **87.** | ScriptSourcing web page entitled "Search Brand Name Medication" searching for STRIBILD® |
| **88.** | ScriptSourcing web page entitled "Search Brand Name Medication" searching for TRUVADA® |
| **89.** | ScriptSourcing web page entitled "Search Brand Name Medication" searching for VEMLIDY® |
| **90.** | ScriptSourcing flyer containing CanaRx Formulary, publicly accessible at https://mymarkiii.com/floydcountyschoolsva/wp-content/uploads/sites/54/2022/07/ScriptSourcing.pdf |
| **91.** | Transcript of video entitled "International Pharmacy Explainer Video" posted on ScriptSourcing's website.  The video is publicly available at https://scriptsourcing.com/enroll/ |
| **92.** | Document produced with Bates numbers MRTN0003829-30 |
| **93.** | 2025 Florida Limited Liability Company Annual Report for ScriptSourcing, LLC |
| **94.** | ScriptSourcing web page entitled "Founder Story," publicly accessible at https://scriptsourcing.com/founder-story/ |

| 95. | Maryland Department of Assessments and Taxation Trade Name Application for ScriptSourcing |
|---|---|
| 96. | Articles of Organization for ScriptSourcing, LLC |
| 97. | Digital Journal, *Name-Brand Medications For Self-Funded Employers: Intl Rx Sourcing Available* (Nov. 9, 2023), publicly accessible at https://www.digitaljournal.com/pr/news/ampwire/name-brand-medications-for-self-funded-employers-intl-rx-sourcing-available |
| 98. | Self-Insurers' Publishing Corp. Loss Prevention/Control Services, publicly accessible at https://www.sipconline.net/i4a/pages/index.cfm?pageid=3301 |
| 99. | Document produced with Bates numbers MRTN0001485-1492 |
| 100. | Medical Travel & Digital Health News web page entitled "SPOTLIGHT: Gary Becker, CEO, Scriptsourcing" (Oct. 10, 2017), publicly accessible at https://medicaltraveltoday.com/spotlight-gary-becker-ceo-scriptsourcing/ |
| 101. | Gary Becker, *Benefits Think: Lessons learned along m journey from benefit broker to vendor*, Employee Benefit News, publicly available at https://www.benefitnews.com/advisers/opinion/from-benefits-broker-to-vendor-lessons-learned |
| 102. | The Self-Insurer, *Drug Importation: Cross-Border or Crisis?* (June 2025), publicly accessible at https://issuu.com/selfinsurer/docs/the_self-insurer_june_2025?fr=sOTUxMDgzOTc4MjU |
| 103. | United States Food & Drug Admin., *Drug Supply Chain Security Act (DSCSA)*, publicly accessible at https://www.fda.gov/drugs/drug-supply-chain-integrity/drug-supply-chain-security-act-dscsa. |
| 104. | Excerpts from the preliminary injunction hearing transcript dated April 29, 2025. The full transcripts for the hearing can be found at Dkt. Nos. 222 and 223. |
| 105. | Document produced with Bates numbers PROACT006452-55 |
| 106. | Document produced with Bates numbers PROACT002715-16 |
| 107. | Document produced with Bates numbers PROACT007220-21 |

| 108. | Barbados CanaRx Group Filing Statements |
|------|------------------------------------------|
| 109. | Barbados CRX International Filing Statements |
| 110. | ElectRx web page entitled "Welcome to ElectRx: Stay Healthy and Save Big!," publicly accessible at https://electrx.com/ |
| 111. | ElectRx web page entitled "About Us," publicly accessible at https://electrx.com/index.php/about-us/ |
| 112. | CanUSA RX form entitled "Three easy steps to Register your Medical Information and Prescription Drug Order for Immediate Processing" |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 30, 2025

_____
GEOFFREY POTTER

9