# Exhibit 3



Web ID: **CCMHG**
Plan Name: **HP**

For More Information
Call: +1-866-893-6337

| | | |
|---|---|---|
| ACIPHEX 20MG | BETIMOL 0.5% | EDARBI 80MG |
| ACULAR (G) 0.5% | BETOPTIC S 0.25% | EDARBYCLOR 40MG/12.5MG |
| ACULAR LS (G) 0.4% | BEVESPI AEROSPHERE 9MCG-4.8MCG | EDARBYCLOR 40MG/25MG |
| ACZONE 5% | BEYAZ | EDURANT 25MG |
| ADVAIR DISKUS (G) 100MCG | BIJUVA 1MG-100MG | EFFEXOR XR (G) 75MG |
| ADVAIR DISKUS (G) 250MCG | BIKTARVY 50MG-200MG-25MG | ELIDEL 1% |
| ADVAIR DISKUS (G) 500MCG | BINOSTO 70MG | ELIQUIS 2.5MG |
| ADVAIR HFA 115/21MCG | BREO ELLIPTA 100/25MCG | ELIQUIS 5MG |
| ADVAIR HFA 230/21MCG | BREO ELLIPTA 200/25MCG | ELMIRON 100MG |
| ADVAIR HFA 45/21MCG | BREZTRI AEROSPHERE 160MCG-9... | ENTRESTO 24MG-26MG |
| AFINITOR 10MG | BRILINTA 60MG | ENTRESTO 49MG-51MG |
| AFINITOR 2.5MG | BRILINTA 90MG | ENTRESTO 97MG-103MG |
| AFINITOR 5MG | BYSTOLIC (G) 10MG | EPIDUO FORTE 0.3%/2.5% |
| AFINITOR DISPERZ 2MG | BYSTOLIC (G) 2.5MG | EPIDUO GEL PUMP 0.1%/2.5% |
| AFINITOR DISPERZ 3MG | BYSTOLIC (G) 20MG | EPIPEN 0.3MG |
| AFINITOR DISPERZ 5MG | BYSTOLIC (G) 5MG | EPIPEN JR 0.15MG |
| AKLIEF 50MCG/G | CADUET 10/10MG | EPIVIR / HBV (G) 100MG |
| ALOMIDE 0.1% | CADUET 10/20MG | ESTROGEL 0.06% |
| ALPHAGAN-P 0.15% | CADUET 10/40MG | EUCRISA OINTMENT 2% |
| ALREX 0.2% | CADUET 10/80MG | EVOTAZ 300MG-150MG |
| ALVESCO 160MCG | CADUET 5/10MG | EXFORGE HCT 160/12.5/10MG |
| ALVESCO 80MCG | CADUET 5/20MG | EXFORGE HCT 160/12.5/5MG |
| AMPYRA (G) 10MG | CADUET 5/40MG | EXFORGE HCT 160/25/10MG |
| ANAPROX DS 550MG | CADUET 5/80MG | EXFORGE HCT 160/25/5MG |
| ANORO ELLIPTA 62.5/25MCG | CARDURA XL 4MG | EXFORGE HCT 320/25/10MG |
| APTIOM 200MG | CARDURA XL 8MG | FARESTON 60MG |
| APTIOM 400MG | CEQUA 0.09% | FARXIGA 10MG |
| APTIOM 600MG | CLARINEX 5MG | FARXIGA 5MG |
| APTIOM 800MG | COLAZAL 750MG | FELDENE 10MG |
| ARAZLO 0.045% | COMBIGAN 0.2-0.5% | FELDENE 20MG |
| ARNUITY ELLIPTA 100MCG | COMBIVENT RESPIMAT 20MCG/10... | FETZIMA 120MG |
| ARNUITY ELLIPTA 200MCG | CRESTOR (G) 10MG | FETZIMA 20MG |
| ASTAGRAF XL 1MG | CRESTOR (G) 20MG | FETZIMA 40MG |
| ASTAGRAF XL 5MG | CRESTOR (G) 40MG | FETZIMA 80MG |
| ATACAND 16MG | CRESTOR (G) 5MG | FINACEA GEL 15% |
| ATACAND 32MG | CRINONE GEL 8% | FLAREX 0.1% |
| ATACAND 4MG | DALIRESP 250MCG | FLOVENT 110MCG |
| ATACAND 8MG | DALIRESP 500MCG | FLOVENT 220MCG |
| ATACAND HCT 16MG/12.5MG | DEXILANT DR 30MG | FLOVENT 44MCG |
| ATACAND HCT 32MG/12.5MG | DEXILANT DR 60MG | FLOVENT DISKUS 100MCG |
| ATACAND HCT 32MG/25MG | DIFFERIN CREAM 0.1% | FLOVENT DISKUS 250MCG |
| ATELVIA DR 35MG | DIFFERIN GEL (G) 0.3% | FOSAMAX PLUS D 70MG-2800IU |
| ATROVENT HFA 20UG | DIVIGEL 0.25MG | FOSAMAX PLUS D 70MG-5600IU |
| AZOPT 1% | DIVIGEL 0.5MG | FOSRENOL CHEW 1000MG |
| AZOR 20/5MG | DIVIGEL 1MG | FOSRENOL CHEW 500MG |
| AZOR 40/10MG | DOVATO 50MG-300MG | FOSRENOL CHEW 750MG |
| AZOR 40/5MG | DULERA 100MCG/5MCG | GEMTESA 75MG |
| BANZEL 200MG | DULERA 200MCG/5MCG | GENVOYA 150MG-150MG-200MG-10MG |
| BANZEL 400MG | DUOBRII 0.01%-0.045% | GILENYA (G) 0.5MG |
| BEPREVE 1.5% | DYMISTA 137/50MCG | GLUCAGEN HYPOKIT 1MG |
| BETIMOL 0.25% | EDARBI 40MG | GLUMETZA ER 1000MG |

**NOTE:** Medication names appearing with (G) are available in a Generic version from your local or U.S. mail order pharmacy. This list is subject to change. Please call +1-866-893-6337 toll free to verify the availability of your medication through this program.

Page 1 of 3

Sep 24 2025



Web ID: **CCMHG**
Plan Name: **HP**

For More Information
Call: +1-866-893-6337

| | | |
|---|---|---|
| GLYXAMBI 10MG/5MG | LIPITOR (G) 20MG | PREVACID SOLUTAB 15MG |
| GLYXAMBI 25MG/5MG | LIPITOR (G) 40MG | PREVACID SOLUTAB 30MG |
| ILEVRO 0.3% | LIPITOR (G) 80MG | PREZISTA 600MG |
| IMITREX NASAL SPRAY 20MG | LOTEMAX GEL 0.5% | PREZISTA 800MG |
| IMITREX NASAL SPRAY 5MG | LOTEMAX OINT 0.5% | PRISTIQ 100MG |
| IMITREX STATDOSE PEN INJECT... | LOTEMAX SUSP 0.5% | PRISTIQ 50MG |
| IMITREX STATDOSE REFILL 6MG... | LUMIGAN 0.01% | PROMETRIUM 100MG |
| IMVEXXY 10MCG | MIRVASO 0.33% | QTERN 10-5MG |
| IMVEXXY 4MCG | MOTEGRITY 1MG | QULIPTA 10MG |
| INCRUSE ELLIPTA 62.5MCG | MOTEGRITY 2MG | QULIPTA 30MG |
| INSPRA (G) 25MG | MULTAQ 400MG | QULIPTA 60MG |
| INSPRA (G) 50MG | MYRBETRIQ 25MG | QVAR REDIHALER 40MCG |
| INVOKAMET 150MG-1000MG | MYRBETRIQ 50MG | QVAR REDIHALER 80MCG |
| INVOKAMET 150MG-500MG | NATAZIA 3/2-2/2-3/1MG | RAPAFLO (G) 4MG |
| INVOKAMET 50MG-1000MG | NESINA 12.5MG | RAPAFLO (G) 8MG |
| INVOKAMET 50MG-500MG | NESINA 25MG | RAPAMUNE (G) 0.5MG |
| INVOKANA 100MG | NESINA 6.25MG | RAPAMUNE (G) 2MG |
| INVOKANA 300MG | NEUPRO 1MG/24 HOUR | RELPAX (G) 20MG |
| IRESSA 250MG | NEUPRO 2MG/24 HOUR | RELPAX (G) 40MG |
| ISENTRESS 400MG | NEUPRO 3MG/24 HOUR | RENAGEL 800MG |
| JALYN 0.5MG/0.4MG | NEUPRO 4MG/24 HOUR | RESTASIS MULTIDOSE (G) 0.05% |
| JANUMET 50/1000MG | NEUPRO 6MG/24 HOUR | RESTASIS VIALS (G) 0.05% |
| JANUMET 50/500MG | NEUPRO 8MG/24 HOUR | RETIN A MICRO GEL PUMP 0.04% |
| JANUMET XR 100MG/1000MG | NEVANAC 3MG/ML | RETIN-A MICRO GEL PUMP 0.1% |
| JANUMET XR 50MG/1000MG | NEXAVAR 200MG | REXULTI 0.25MG |
| JANUMET XR 50MG/500MG | NEXIUM (G) 20MG | REXULTI 0.5MG |
| JANUVIA 100MG | NEXIUM (G) 40MG | REXULTI 1MG |
| JANUVIA 25MG | NEXLETOL 180MG | REXULTI 2MG |
| JANUVIA 50MG | NEXLIZET 180MG-10MG | REXULTI 3MG |
| JARDIANCE 10MG | NEXTSTELLIS 3MG-14.2MG | REXULTI 4MG |
| JARDIANCE 25MG | NURTEC ODT 75MG | RINVOQ 15MG |
| JENTADUETO 2.5MG-1000MG | ODEFSEY 200MG-25MG-25MG | RINVOQ 30MG |
| JENTADUETO 2.5MG-500MG | OLUMIANT 2MG | RINVOQ 45MG |
| JENTADUETO 2.5MG-850MG | OLUMIANT 4MG | RYALTRIS 25MCG-665MCG |
| JUBLIA 10% | OMNARIS 50MCG | RYBELSUS 14MG |
| JULUCA 50MG-25MG | ORACEA 40MG | RYBELSUS 3MG |
| KAZANO 12.5/1000MG | ORILISSA 150MG | RYBELSUS 7MG |
| KAZANO 12.5/500MG | ORILISSA 200MG | SAPHRIS 10MG |
| KERENDIA 10MG | OSPHENA 60MG | SAPHRIS 5MG |
| KERENDIA 20MG | OTEZLA 30MG | SENSIPAR (G) 30MG |
| LATUDA (G) 20MG | PENTASA 500MG | SENSIPAR (G) 60MG |
| LATUDA (G) 40MG | PLAQUENIL (G) 200MG | SEREVENT DISKUS 50MCG |
| LATUDA (G) 60MG | PRED FORTE 1% | SIMBRINZA 1%/0.2% |
| LATUDA (G) 80MG | PREMARIN 0.3MG | SLYND 4MG |
| LATUDA 120MG | PREMARIN 0.625MG | SOOLANTRA 1% |
| LEXAPRO (G) 20MG | PREMARIN 1.25MG | SOTYKTU 6MG |
| LIALDA (G) 1.2GM | PREMARIN CREAM 0.625MG/GM | SPIRIVA 18MCG |
| LINZESS 145MCG | PREMPRO 0.3MG/1.5MG | SPIRIVA RESPIMAT 2.5MCG |
| LINZESS 290MCG | PRESTALIA 14MG/10MG | STEGLUJAN 15MG-100MG |
| LINZESS 72MCG | PRESTALIA 3.5MG/2.5MG | STIOLTO RESPIMAT 2.5/2.5MCG |
| LIPITOR (G) 10MG | PRESTALIA 7MG/5MG | STRIVERDI RESPIMAT 2.5MCG |

**NOTE:** Medication names appearing with (G) are available in a Generic version from your local or U.S. mail order pharmacy. This list is subject to change. Please call +1-866-893-6337 toll free to verify the availability of your medication through this program.

Sep 24 2025

SUTENT 12.5MG
SUTENT 25MG
SUTENT 37.5MG
SUTENT 50MG
SYMBICORT 160MCG-4.5MCG
SYMTUZA 800-150-200-10MG
SYNAREL NASAL
SYNJARDY 12.5MG/1000MG
SYNJARDY 12.5MG/500MG
SYNJARDY 5MG/1000MG
SYNJARDY 5MG/500MG
TASIGNA 150MG
TASIGNA 200MG
TASMAR 100MG
TECFIDERA (G) 120MG
TECFIDERA (G) 240MG
TIVICAY 50MG
TOBI PODHALER 28MG
TOBREX OINT 0.3%
TOVIAZ 4MG
TOVIAZ 8MG
TRADJENTA 5MG
TRELEGY ELLIPTA 100-62.5-25MCG
TRELEGY ELLIPTA 200-62.5-25MCG
TRIBENZOR 20/5/12.5MG
TRIBENZOR 40/10/12.5MG
TRIBENZOR 40/10/25MG
TRIBENZOR 40/5/12.5MG
TRIBENZOR 40/5/25MG
TRINTELLIX 10MG
TRINTELLIX 20MG
TRINTELLIX 5MG
TRIUMEQ 600-50-300MG
TUDORZA PRESSAIR 400MCG
UBRELVY 100MG
UBRELVY 50MG
UCERIS 9MG
ULORIC 80MG
URSO 250MG
VAGIFEM 10MCG
VECTICAL 3MCG/GM
VELPHORO 500MG
VENTOLIN HFA 90MCG
VEOZAH 45MG
VERQUVO 10MG
VERQUVO 2.5MG
VERQUVO 5MG
VESICARE (G) 10MG
VESICARE (G) 5MG
VIIBRYD (G) 10MG
VIIBRYD (G) 20MG

VIIBRYD (G) 40MG
VIREAD (G) 300MG
VIVELLE-DOT 100MCG
VIVELLE-DOT 25MCG
VIVELLE-DOT 37.5MCG
VIVELLE-DOT 50MCG
VIVELLE-DOT 75MCG
VRAYLAR 1.5MG
VRAYLAR 3MG
VRAYLAR 4.5MG
VRAYLAR 6MG
VUMERITY 231MG
WAKIX 17.8MG
WAKIX 4.5MG
WELCHOL (G) 625MG
WELLBUTRIN XL (G) 150MG
WELLBUTRIN XL (G) 300MG
XADAGO 100MG
XADAGO 50MG
XALATAN 50MCG/ML
XARELTO 10MG
XARELTO 15MG
XARELTO 2.5MG
XARELTO 20MG
XELJANZ 10MG
XELJANZ 5MG
XELJANZ XR 11MG
XENAZINE 25MG
XENICAL 120MG
XIGDUO XR 10/1000MG
XIGDUO XR 10/500MG
XIGDUO XR 5/1000MG
XIIDRA 5%
ZELAPAR 1.25MG
ZETIA (G) 10MG
ZIANA 1.2%-0.025%
ZOMIG NASAL SPRAY 5MG
ZYCLARA PACKET 3.75%
ZYCLARA PUMP 3.75%

**NOTE:** Medication names appearing with (G) are available in a Generic version from your local or U.S. mail order pharmacy. This list is subject to change. Please call +1-866-893-6337 toll free to verify the availability of your medication through this program.

Sep 24 2025