# Exhibit 4

# CANARX

## ST. LAWRENCE COUNTY GOVERNMENT

# SIMPLE.
# SAFE.
# SMART.

## SIGN UP TODAY

## Medications FREE to your door!
### See reverse for a full list of medications.

CANARX is a voluntary international mail order prescription program that is available to eligible employees, retirees and their dependents of St. Lawrence County, New York.

Brand name medications, in the original factory-sealed manufacturers packaging, are delivered DIRECT TO YOUR DOOR from certified pharmacies in Canada, the United Kingdom and Australia. YOU PAY NOTHING thanks to the savings CANARX brings to your plan.

**Getting started is super easy!**

1. Check to see if a medication is offered - call CANARX at **1-866-893-6337** or to view the complete formulary - and enroll online or download an enrollment form - visit **www.canarx.com** (WebID: **SLCMEDS**).

2. Ask your doctor for a prescription for a 3-month supply, with 3 refills.

3. Submit documentation (completed enrollment form, prescription and a copy of your photo ID).

4. Sit back and relax...medication will be mailed direct to your home within 4 weeks!

⊘ **$0 Copay**

⊘ **400+ FREE Brand Name Medications**

⊘ **Easy, convenient refills**

⊘ **Refills only, no "new to you" meds**

⊘ **No additional costs**

## For More Information



**1-866-893-6337**
**www.canarx.com**
**WebID: SLCMEDS**

 
ACULAR (G) 0.5%
ACULAR LS (G) 0.4%
ACZONE 5%
ADVAIR DISKUS 100MCG
ADVAIR DISKUS 250MCG
ADVAIR DISKUS 500MCG
ADVAIR HFA 45/21MCG
ADVAIR HFA 115/21MCG
ADVAIR HFA 230/21MCG
AFINITOR 2.5MG
AFINITOR 5MG
AFINITOR 10MG
AKLIEF 50MCG/G
ALOMIDE 0.1%
ALPHAGAN-P 0.15%
ALREX 0.2%
ALVESCO 80MCG
ALVESCO 160MCG
ANAPROX DS 550MG
ANORO ELLIPTA 62.5/25MCG
APTIOM 200MG
APTIOM 400MG
APTIOM 600MG
APTIOM 800MG
ARAZLO 0.045%
ARNUITY ELLIPTA 100MCG
ARNUITY ELLIPTA 200MCG
ARTHROTEC 50MG
ARTHROTEC 75MG
ASMANEX TWISTHALER 110MCG
ASMANEX TWISTHALER 220MCG
ASTAGRAF XL 0.5MG
ASTAGRAF XL 1MG
ASTAGRAF XL 5MG
ATACAND 4MG
ATACAND 8MG
ATACAND 32MG
ATACAND HCT 16MG/12.5MG
ATACAND HCT 32MG/12.5MG
ATACAND HCT 32MG/25MG
ATELVIA DR 35MG
ATROVENT HFA 20UG
AVALIDE (G) 300MG/12.5MG
AVAPRO (G) 75MG
AVAPRO (G) 150MG
AZOPT 1%
AZOR 40/10MG
BANZEL 200MG
BANZEL 400MG
BENICAR HCT (G) 40MG/12.5MG
BEPREVE 1.5%
BETIMOL 0.25%
BETIMOL 0.5%
BETOPTIC S 0.25%
BEVESPI AEROSPHERE
9MCG-4.8MCG
BEYAZ
BIJUVA 1MG-100MG
BINOSTO 70MG
BREO ELLIPTA 100/25MCG
BREO ELLIPTA 200/25MCG
BREZTRI AEROSPHERE
160MCG-9MCG-4.8MCG
BRILINTA 60MG
BRILINTA 90MG
CADUET 5/10MG
CADUET 5/20MG
CADUET 5/40MG
CADUET 5/80MG
CADUET 10/10MG
CADUET 10/20MG
CADUET 10/40MG
CADUET 10/80MG
CAMBIA 50MG
CARDURA XL 4MG
CARDURA XL 8MG
CEQUA (G) 0.09%
CLARINEX 5MG
CLIMARA PATCH 25MCG

CLIMARA PATCH 50MCG
CLIMARA PATCH 75MCG
COMBIGAN 0.2-0.5%
COMBIVENT RESPIMAT
20MCG/100MCG
CORGARD 80MG
COSOPT PF 2%/0.5%
CRESTOR (G) 10MG
CRINONE GEL 8%
CYTOTEC (G) 200MCG
DALIRESP 250MCG
DETROL (G) 1MG
DETROL LA (G) 4MG
DEXILANT DR 30MG
DEXILANT DR 60MG
DIFFERIN CREAM 0.1%
DIOVAN HCT (G) 80/12.5MG
DIPROLENE OINT 0.05%
DIVIGEL 0.25MG
DIVIGEL 0.5MG
DIVIGEL 1MG
DOVATO 50MG-300MG
DULERA 100MCG/5MCG
DULERA 200MCG/5MCG
DUOBRII 0.01%-0.045%
DYMISTA 137/50MCG
EDARBI 40MG
EDARBI 80MG
EDARBYCLOR 40MG/12.5MG
EDARBYCLOR 40MG/25MG
EDURANT 25MG
ELIDEL 1%
ELIQUIS 2.5MG
ELIQUIS 5MG
ELMIRON 100MG
ENTRESTO 24MG-26MG
ENTRESTO 49MG-51MG
ENTRESTO 97MG-103MG
EPIDUO FORTE 0.3%/2.5%
EPIDUO GEL PUMP 0.1%/2.5%
ESTROGEL 0.06%
EUCRISA OINTMENT 2%
EVOTAZ 300MG-150MG
EXFORGE HCT 160/12.5/5MG
EXFORGE HCT 160/12.5/10MG
EXFORGE HCT 160/25/5MG
EXFORGE HCT 160/25/10MG
EXFORGE HCT 320/25/10MG
FARESTON 60MG
FARXIGA 5MG
FARXIGA 10MG
FELDENE 10MG
FELDENE 20MG
FETZIMA 20MG
FETZIMA 40MG
FETZIMA 80MG
FETZIMA 120MG
FINACEA GEL 15%
FLAREX 0.1%
FLOVENT 44MCG
FLOVENT 110MCG
FLOVENT 220MCG
FLOVENT DISKUS 100MCG
FLOVENT DISKUS 250MCG
FOSAMAX PLUS D
70MG-2800IU
FOSAMAX PLUS D
70MG-5600IU
FOSRENOL CHEW 500MG
FOSRENOL CHEW 750MG
FOSRENOL CHEW 1000MG
FOSRENOL POWDER 750MG
FOSRENOL POWDER 1000MG
FROVA 2.5MG
GLUCAGEN HYPOKIT 1MG
GLUMETZA ER 1000MG
GLYXAMBI 10MG/5MG
GLYXAMBI 25MG/5MG
IBRANCE 75MG

IBRANCE 100MG
IBRANCE 125MG
ILEVRO 0.3%
IMITREX NASAL SPRAY 5MG
IMITREX NASAL SPRAY 20MG
IMITREX STATDOSE 6MG/0.5ML
INCRUSE ELLIPTA 62.5MCG
INVEGA 3MG
INVEGA (G) 6MG
INVOKAMET 50MG-500MG
INVOKAMET 50MG-1000MG
INVOKAMET 150MG-500MG
INVOKAMET 150MG-1000MG
INVOKANA 100MG
INVOKANA 300MG
IRESSA 250MG
ISENTRESS 400MG
JAKAFI 5MG
JAKAFI 10MG
JAKAFI 15MG
JAKAFI 20MG
JALYN 0.5MG/0.4MG
JANUMET 50/500MG
JANUMET 50/1000MG
JANUMET XR 50MG/500MG
JANUMET XR 50MG/1000MG
JANUMET XR 100MG/1000MG
JANUVIA 25MG
JANUVIA 50MG
JANUVIA 100MG
JARDIANCE 10MG
JARDIANCE 25MG
JENTADUETO 2.5MG-500MG
JENTADUETO 2.5MG-850MG
JENTADUETO 2.5MG-1000MG
JUBLIA 10%
JULUCA 50MG-25MG
KAZANO 12.5/500MG
KAZANO 12.5/1000MG
KERENDIA 10MG
KERENDIA 20MG
KISQALI 200MG
LATUDA 40MG
LATUDA 120MG
LINZESS 72MCG
LINZESS 145MCG
LINZESS 290MCG
LOTEMAX GEL 0.5%
LOTEMAX OINT 0.5%
LOTEMAX SUSP 0.5%
LUMIGAN 0.01%
MESTINON TS 180MG
METROGEL PUMP 1%
MICARDIS 40MG
MICARDIS 80MG
MICARDIS HCT 40/12.5MG
MICARDIS HCT 80/12.5MG
MICARDIS HCT 80/25MG
MIGRANAL 4MG/ML
MINIPRESS (G) 2MG
MINIPRESS (G) 5MG
MIRAPEX ER 0.375MG
MIRAPEX ER 0.75MG
MIRAPEX ER 1.5MG
MIRAPEX ER 2.25MG
MIRAPEX ER 3MG
MIRAPEX ER 3.75MG
MIRAPEX ER 4.5MG
MIRVASO 0.33%
MOTEGRITY 1MG
MOTEGRITY 2MG
MULTAQ 400MG
MYRBETRIQ 25MG
MYRBETRIQ 50MG
NATAZIA 3/2-2/2-3/1MG
NESINA 6.25MG
NESINA 12.5MG
NESINA 25MG
NEUPRO 1MG

NEUPRO 2MG
NEUPRO 3MG
NEUPRO 4MG
NEUPRO 6MG
NEUPRO 8MG
NEVANAC 3MG/ML
NEXAVAR 200MG
NEXIUM DR (G) 10MG
NEXLETOL 180MG
NEXLIZET 180MG-10MG
NEXTSTELLIS 3MG-14.2MG
NORITATE CREAM 1%
NUBEQA 300MG
NURTEC ODT 75MG
OLUMIANT 2MG
OMNARIS 50MCG
ORACEA 40MG
ORILISSA 150MG
ORILISSA 200MG
OSPHENA 60MG
OTEZLA 30MG
PENTASA 500MG
PRADAXA 75MG
PRADAXA 150MG
PRED FORTE 1%
PREMARIN 0.3MG
PREMARIN 0.625MG
PREMARIN 1.25MG
PREMARIN CREAM
0.625MG/GM
PREMPRO 0.3MG/1.5MG
PRESTALIA 3.5MG/2.5MG
PRESTALIA 7MG/5MG
PRESTALIA 14MG/10MG
PREVACID SOLUTAB 15MG
PREVACID SOLUTAB 30MG
PREZISTA 800MG
PRISTIQ 50MG
PROTOPIC OINT 0.03%
QTERN 10-5MG
QULIPTA 10MG
QULIPTA 30MG
QULIPTA 60MG
QVAR REDIHALER 40MCG
QVAR REDIHALER 80MCG
RAPAMUNE 2MG
RENAGEL 800MG
RESTASIS VIALS 0.05%
RETIN A CREAM 0.05%
RETIN A GEL (G) 0.025%
RETIN A MICRO GEL PUMP 0.04%
RETIN-A MICRO GEL PUMP 0.1%
REXULTI 0.25MG
REXULTI 0.5MG
REXULTI 1MG
REXULTI 2MG
REXULTI 3MG
REXULTI 4MG
RINVOQ 15MG
RINVOQ 30MG
RINVOQ 45MG
RYBELSUS 3MG
RYBELSUS 7MG
RYBELSUS 14MG
SAPHRIS 5MG
SAPHRIS 10MG
SEREVENT DISKUS 50MCG
SIMBRINZA 1%/0.2%
SLYND 4MG
SOOLANTRA 1%
SOTYKTU 6MG
SPIRIVA 18MCG
SPIRIVA RESPIMAT 2.5MCG
STALEVO (G) 50MG
STEGLUJAN 15MG-100MG
STIOLTO RESPIMAT 2.5/2.5MCG
STRIVERDI RESPIMAT 2.5MCG
SUTENT 12.5MG
SUTENT 25MG

SUTENT 37.5MG
SUTENT 50MG
SYMBICORT 160MCG-4.5MCG
SYMTUZA 800-150-200-10MG
SYNAREL NASAL
SYNJARDY 5MG/500MG
SYNJARDY 5MG/1000MG
SYNJARDY 12.5MG/500MG
SYNJARDY 12.5MG/1000MG
TASIGNA 150MG
TASIGNA 200MG
TASMAR 100MG
TAZORAC GEL 0.05%
TIVICAY 50MG
TOBI PODHALER 28MG
TOBREX OINT 0.3%
TOPAMAX (G) 25MG
TRADJENTA 5MG
TRELEGY ELLIPTA
100-62.5-25MCG
TRELEGY ELLIPTA
200-62.5-25MCG
TRIBENZOR 20/5/12.5MG
TRIBENZOR 40/5/12.5MG
TRIBENZOR 40/5/25MG
TRIBENZOR 40/10/12.5MG
TRIBENZOR 40/10/25MG
TRINTELLIX 5MG
TRINTELLIX 10MG
TRINTELLIX 20MG
TRIUMEQ 600-50-300MG
TUDORZA PRESSAIR 400MCG
UBRELVY 50MG
UBRELVY 100MG
UCERIS 9MG
URSO 250MG
VAGIFEM 10MCG
VECTICAL 3MCG/GM
VELPHORO 500MG
VENTOLIN HFA 90MCG
VERQUVO 10MG
VERQUVO 2.5MG
VERQUVO 5MG
VIVELLE-DOT 25MCG
VIVELLE-DOT 37.5MCG
VIVELLE-DOT 50MCG
VIVELLE-DOT 100MCG
VRAYLAR 1.5MG
VRAYLAR 3MG
VRAYLAR 4.5MG
VRAYLAR 6MG
VUMERITY 231MG
VYTORIN 10/10MG
VYTORIN 10/20MG
VYTORIN 10/40MG
VYTORIN 10/80MG
WAKIX 4.5MG
WAKIX 17.8MG
XADAGO 50MG
XADAGO 100MG
XARELTO 2.5MG
XARELTO 10MG
XARELTO 15MG
XARELTO 20MG
XELJANZ 5MG
XELJANZ 10MG
XELJANZ XR 11MG
XENICAL 120MG
XIGDUO XR 5/1000MG
XIGDUO XR 10/500MG
XIGDUO XR 10/1000MG
XIIDRA 5%
ZELAPAR 1.25MG
ZIANA 1.2%-0.025%
ZOMIG NASAL SPRAY 5MG
ZOVIRAX CREAM 5%
ZYCLARA PACKET 3.75%
ZYCLARA PUMP 3.75%
ZYTIGA (G) 500MG

**NOTE:** Medication names appearing with (G) are available in a Generic version from your local or U.S. mail order pharmacy. This list is subject to change. Please call 1-866-893-6337 toll free to verify the availability of your medication through this program.

January 2025