# Exhibit 44



*Pre-Search Results*

| | |
|---|---|
| Search Pattern:<br>**CANARX** | No. of Occurrences: **2**<br>NUANS PreSearch system will return a max of 400 matches only (200 company names, 200 trade-marks). |

| NAME | JUR-NO. | DATE | ADDITIONAL INFORMATION | CITY | STATUS |
|---|---|---|---|---|---|
| **CANARX SERVICES INC.** | ON-1775916 | 31 Oct 2008 | 2008-10-31 Bus_Corp Incrprted Windsor | Windsor | Incrprted |
| CANARX SERVICES INC. | ON-1544970 | 05 Dec 2002 | 2008-10-31 Bus_Corp Amlgmtd TECUMSEH | TECUMSEH | Amlgmtd |

**Database Update Dates:**

New Brunswick COOP 2025-09-02 New Brunswick 2025-09-02 Newfoundland and Labrador 2025-08-01 British Columbia Corporate 2025-09-04 Yukon Corporate 2025-09-02 Nunavut Business 2025-09-02 Nunavut Corporate 2025-09-02 Alberta Corporate 2025-09-01 Ontario Business 2025-09-01 Ontario Corporate 2025-09-01 Manitoba 2025-08-22 Quebec 2025-09-04 Northwest Territories Business 2025-09-02 Northwest Territories Corporate 2025-09-02 British Columbia Business 2025-09-04 Nova Scotia 2025-09-02 Trademarks 2025-09-03 Federal Corporate 2025-09-03 Office of the Superintendent of Financial Institutions 2025-08-13 Prince Edward Island 2025-08-28 Saskatchewan 2025-09-01 Yukon Business 2025-09-02 Alberta Business 2025-09-01

**DISCLAIMER:** This NUANS Pre-Search report has been generated using the NUANS™ system. No liability is undertaken by OnCorp Direct Inc. regarding its correctness, completeness or the interpretation and use which may be made of it.

Currency dates for the Preliminary Search database are dependent on individual jurisdictions. The NUANS Preliminary Search database does not include any new names from Quebec since January 1, 1994.

Transaction Number: APP-A10885074997
Report Generated on September 04, 2025, 09:35



**Ministry of Public and
Business Service Delivery**

# Profile Report

CANARX SERVICES INC. as of September 04, 2025

| | |
|---|---|
| **Act** | Business Corporations Act |
| **Type** | Ontario Business Corporation |
| **Name** | CANARX SERVICES INC. |
| **Ontario Corporation Number (OCN)** | 1775916 |
| **Governing Jurisdiction** | Canada - Ontario |
| **Status** | Active |
| **Date of Amalgamation** | October 31, 2008 |
| **Registered or Head Office Address** | 235 Eugenie Street West, Suite 105d, Windsor, Ontario, N8X 2X7, Canada |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885074997
Report Generated on September 04, 2025, 09:35

| | |
|---|---|
| **Minimum Number of Directors** | 1 |
| **Maximum Number of Directors** | 5 |

### Active Director(s)

| | |
|---|---|
| **Name** | JOHN HOWARD |
| **Address for Service** | 4076 Roseland Drive, Windsor, Ontario, N9G 1Z8, Canada |
| **Resident Canadian** | Yes |
| **Date Began** | January 29, 2021 |

| | |
|---|---|
| **Name** | ROBERT HOWARD |
| **Address for Service** | 13013 Riverside Drive East, Tecumseh, Ontario, N8N 1A9, Canada |
| **Resident Canadian** | Yes |
| **Date Began** | October 31, 2008 |

| | |
|---|---|
| **Name** | ROBERT KING |
| **Address for Service** | 5362 St Clair West, Stoney Point, Ontario, N0R 1G0, Canada |
| **Resident Canadian** | Yes |
| **Date Began** | October 31, 2008 |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885074997
Report Generated on September 04, 2025, 09:35

## Active Officer(s)

| | |
|---|---|
| **Name** | JOHN HOWARD |
| **Position** | Treasurer |
| **Address for Service** | 4076 Roseland Drive, Windsor, Ontario, N9G1Z8, Canada |
| **Date Began** | January 29, 2021 |

| | |
|---|---|
| **Name** | ROBERT HOWARD |
| **Position** | President |
| **Address for Service** | 13013 Riverside Drive East, Tecumseh, Ontario, N8N 1A9, Canada |
| **Date Began** | January 29, 2021 |

| | |
|---|---|
| **Name** | ROBERT KING |
| **Position** | Secretary |
| **Address for Service** | 5362 St Clair West, Stoney Point, Ontario, N0R 1G0, Canada |
| **Date Began** | October 31, 2008 |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

V. Quintanilla W.

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885074997
Report Generated on September 04, 2025, 09:35

## Corporate Name History

**Name**                                    CANARX SERVICES INC.

**Effective Date**                          October 31, 2008

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885074997
Report Generated on September 04, 2025, 09:35

## Amalgamating Corporations

**Corporation Name**                1646310 ONTARIO INC.
**Ontario Corporation Number**      1646310

**Corporation Name**                CANARX SERVICES INC.
**Ontario Corporation Number**      1544970

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar
This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885074997
Report Generated on September 04, 2025, 09:35

## Active Business Names

This corporation does not have any active business names registered under the Business Names Act in Ontario.

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885074997
Report Generated on September 04, 2025, 09:35

## Expired or Cancelled Business Names

This corporation does not have any expired or cancelled business names registered under the Business Names Act in Ontario.

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885074997
Report Generated on September 04, 2025, 09:35

## Document List

| Filing Name | Effective Date |
|---|---|
| Annual Return - 2024<br>PAF: R. BRUCK EASTON | May 29, 2025 |
| Annual Return - 2023<br>PAF: R. BRUCK EASTON | May 29, 2025 |
| Annual Return - 2022<br>PAF: R. BRUCK EASTON | March 01, 2023 |
| Annual Return - 2020<br>PAF: ANTHONY HOWARD - DIRECTOR | May 23, 2021 |
| CIA - Notice of Change<br>PAF: ROBERT BRUCK EASTON - OTHER | March 29, 2021 |
| Annual Return - 2019<br>PAF: ANTHONY HOWARD - DIRECTOR | April 26, 2020 |
| Annual Return - 2018<br>PAF: ANTHONY HOWARD - DIRECTOR | May 12, 2019 |
| Annual Return - 2017<br>PAF: ANTHONY HOWARD - DIRECTOR | May 13, 2018 |
| Annual Return - 2016<br>PAF: ANTHONY HOWARD - DIRECTOR | May 07, 2017 |
| Annual Return - 2015<br>PAF: ANTHONY HOWARD - DIRECTOR | May 08, 2016 |
| Annual Return - 2014<br>PAF: ANTHONY HOWARD - DIRECTOR | May 02, 2015 |
| Annual Return - 2013<br>PAF: ANTHONY HOWARD - DIRECTOR | May 03, 2014 |
| Annual Return - 2012<br>PAF: ANTHONY HOWARD - DIRECTOR | April 06, 2013 |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.



Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885074997
Report Generated on September 04, 2025, 09:35

| | |
|---|---|
| Annual Return - 2011<br>PAF: ANTHONY HOWARD - DIRECTOR | May 02, 2012 |
| Annual Return - 2010<br>PAF: ANTHONY HOWARD - DIRECTOR | April 02, 2011 |
| Annual Return - 2009<br>PAF: ANTHONY HOWARD - DIRECTOR | September 10, 2010 |
| CIA - Initial Return<br>PAF: R. BRUCK EASTON - OTHER | January 12, 2009 |
| BCA - Articles of Amalgamation | October 31, 2008 |

All "PAF" (person authorizing filing) information is displayed exactly as recorded in the Ontario Business Registry. Where PAF is not shown against a document, the information has not been recorded in the Ontario Business Registry.

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar
This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885932574
Report Generated on September 04, 2025, 16:38



**Ministry of Public and
Business Service Delivery**

# Profile Report

CANARX SERVICES INC. as of September 04, 2025

| | |
|---|---|
| **Act** | Business Corporations Act |
| **Type** | Ontario Business Corporation |
| **Name** | CANARX SERVICES INC. |
| **Ontario Corporation Number (OCN)** | 1544970 |
| **Governing Jurisdiction** | Canada - Ontario |
| **Status** | Inactive - Amalgamated |
| **Date of Incorporation** | December 05, 2002 |
| **Inactive Date** | October 31, 2008 |
| **New Amalgamated Ontario Corporation Number** | 1775916 |
| **Registered or Head Office Address** | 302 Russell Woods Drive, Tecumseh, Ontario, N8N 4K5, Canada |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885932574
Report Generated on September 04, 2025, 16:38

| | |
|---|---|
| Minimum Number of Directors | 1 |
| Maximum Number of Directors | 5 |

### Active Director(s)

| | |
|---|---|
| Name | ANTHONY HOWARD |
| Address for Service | 302 Russell Woods Drive, Tecumseh, Ontario, N8N 4K5, Canada |
| Resident Canadian | Yes |
| Date Began | December 10, 2002 |

| | |
|---|---|
| Name | ROBERT HOWARD |
| Address for Service | 438 Caritas Court, Tecumseh, Ontario, N8N 4Y4, Canada |
| Resident Canadian | Yes |
| Date Began | August 24, 2006 |

| | |
|---|---|
| Name | TONY HOWARD |
| Address for Service | 385 Tuscany Crescent, Tecumseh, Ontario, N8N 4W6, Canada |
| Resident Canadian | Yes |
| Date Began | December 10, 2002 |

| | |
|---|---|
| Name | ROBERT KING |
| Address for Service | 5362 St Clair West, Stoney Point, Ontario, N0R 1N0, Canada |
| Resident Canadian | Yes |
| Date Began | March 01, 2008 |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885932574
Report Generated on September 04, 2025, 16:38

## Active Officer(s)

| | |
|---|---|
| **Name** | ANTHONY HOWARD |
| **Position** | President |
| **Address for Service** | 302 Russell Woods Drive, Tecumseh, Ontario, N8N 4K5, Canada |
| **Date Began** | December 10, 2002 |

| | |
|---|---|
| **Name** | ANTHONY HOWARD |
| **Position** | Secretary |
| **Address for Service** | 302 Russell Woods Drive, Tecumseh, Ontario, N8N 4K5, Canada |
| **Date Began** | December 10, 2002 |

| | |
|---|---|
| **Name** | ANTHONY HOWARD |
| **Position** | Treasurer |
| **Address for Service** | 302 Russell Woods Drive, Tecumseh, Ontario, N8N 4K5, Canada |
| **Date Began** | December 10, 2002 |

| | |
|---|---|
| **Name** | ROBERT HOWARD |
| **Position** | Treasurer |
| **Address for Service** | 438 Caritas Court, Tecumseh, Ontario, N8N 4Y4, Canada |
| **Date Began** | August 24, 2006 |

| | |
|---|---|
| **Name** | TONY HOWARD |
| **Position** | President |
| **Address for Service** | 385 Tuscany Crescent, Tecumseh, Ontario, N8N 4W6, Canada |
| **Date Began** | December 10, 2002 |

| | |
|---|---|
| **Name** | ROBERT KING |
| **Position** | Secretary |
| **Address for Service** | 5362 St Clair West, Stoney Point, Ontario, N0R 1N0, Canada |
| **Date Began** | March 01, 2008 |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885932574
Report Generated on September 04, 2025, 16:38

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar
This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885932574
Report Generated on September 04, 2025, 16:38

## Corporate Name History

**Name**

**Effective Date**

CANARX SERVICES INC.

December 05, 2002

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885932574
Report Generated on September 04, 2025, 16:38

## Active Business Names

This corporation does not have any active business names registered under the Business Names Act in Ontario.

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885932574
Report Generated on September 04, 2025, 16:38

## Expired or Cancelled Business Names

This corporation does not have any expired or cancelled business names registered under the Business Names Act in Ontario.

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10885932574
Report Generated on September 04, 2025, 16:38

## Document List

| Filing Name | Effective Date |
|---|---|
| Other - AMALGAMATION MEMO TO FILE | October 31, 2008 |
| Annual Return - 2007<br>PAF: ANTHONY HOWARD - OFFICER | June 28, 2008 |
| CIA - Notice of Change<br>PAF: ROBERT BRUCK EASTON - OTHER | June 20, 2008 |
| Annual Return - 2006<br>PAF: ANTHONY HOWARD - OFFICER | July 07, 2007 |
| CIA - Notice of Change<br>PAF: R. BRUCK EASTON - OTHER | October 16, 2006 |
| BCA - Articles of Amendment | August 24, 2006 |
| Annual Return - 2005<br>PAF: ANTHONY HOWARD - OFFICER | June 24, 2006 |
| Annual Return - 2004<br>PAF: ANTHONY HOWARD - OFFICER | July 23, 2005 |
| Annual Return - 2003<br>PAF: ANTHONY HOWARD - OFFICER | July 31, 2004 |
| CIA - Initial Return<br>PAF: R. BRUCK EASTON - OTHER | July 11, 2003 |
| BCA - Articles of Incorporation | December 05, 2002 |

All "PAF" (person authorizing filing) information is displayed exactly as recorded in the Ontario Business Registry. Where PAF is not shown against a document, the information has not been recorded in the Ontario Business Registry.

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

V. Quintanilla W.

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.