# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **GILEAD SCIENCES, INC.,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) Case No. 1:24-cv-03566-JRR |
| | ) |
| v. | ) |
| | ) |
| **MERITAIN HEALTH, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## DECLARATION OF G. ROBERT HOWARD IN RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER

I, G. Robert Howard, declare as follows:

1. I am the President and Chief Executive Officer of CANARX Services, Inc.; a shareholder of CRX International, Inc., and of CANARX Group, Inc.; and the authorized representative of all the shareholders and directors of all three corporations.

2. I make this declaration based on my personal knowledge and in my capacities as set forth hereinabove. I am competent to testify to the matters set forth herein. I submit this Declaration for the purposes of the scheduled hearing on an application by plaintiffs for a temporary restraining order, reserving all defenses and objections, including but not limited to personal jurisdiction.

3. I reside in and am presently located in the County of Essex in the Province of Ontario, Canada.

4. I deny that I, CANARX Services, Inc., CRX International, Inc., CANARX Group, Inc., and John Howard are, or that any of us is, operating in violation of United States law as alleged in the First Amended Complaint filed in this action.

5.  Since October 1, 2025, I, CANARX Services, Inc., CRX International, Inc., CANARX Group, Inc., and John Howard have not assisted, and will not assist, patients in the United States in purchasing or acquiring any Gilead-branded drugs or medicines.

6.  I, CANARX Services, Inc., CRX International, Inc., CANARX Group, Inc., and John Howard do not ship or sell any drugs or medicines to patients in the United States.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2025 in the County of Essex, Province of Ontario, Canada.

_____
G. Robert Howard