

**Joel D. Schwartz**
t: 202.854.2811
f: 202.217.2771
joelschwartz@parkerpoe.com

Atlanta, GA
Charleston, SC
Charlotte, NC
Columbia, SC
Greenville, SC
Raleigh, NC
Spartanburg, SC
Washington, DC

October 30, 2025

*Via ECF*

The Honorable Julie R. Rubin
United States District Court for the
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

    **Re:** *Gilead Sciences, Inc. et al. v. Meritain Health Inc. et al.,* **C.A.** 24-cv-3566 (JRR)

Dear Judge Rubin:

    We write on behalf of our clients, ElectRx and Health Solutions, LLC ("ElectRx") and Jeffrey Dinsmore ("Mr. Dinsmore"), specifically with regard to the deadline for our clients to answer or otherwise respond to the First Amended Complaint (DE Nos. 281-1, 296).

    It is our understanding that you have not yet set a deadline for the Original Defendants to answer or otherwise respond to the (original) Complaint (DE 1), but that your February 11, 2025 order relates that a schedule will be set for doing so "[a]t the conclusion of the PI hearing[.]" (DE 85 at 2.) We also acknowledge the Court ordered a briefing schedule for the pending motion to stay (DE 300) that appears to imply that one result of that motion may be a setting of the answer/response deadline.

    Out of caution, we write to request that our clients, as New Defendants, be bound to the same schedule as that of the Original Defendants to answer or otherwise respond to the First Amended Complaint—as we believe they will or should be tied together pursuant to Rule 15(a)(3).

    Thank you for considering our request.

    Sincerely,

    /s/ *Joel D. Schwartz*
    Joel D. Schwartz
    Tasneem A. Dharamsi
    Aislinn R. Klos
    Marci B. Norton

    *Counsel for ElectRx and Mr. Dinsmore*

cc: All Counsel of Record (by ECF)