UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| GILEAD SCIENCES, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MERITAIN HEALTH, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 24-CV-3566-JRR |

**STIPULATION AND ORDER OF INJUNCTION**

**WHEREAS**, Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Gilead" or "Plaintiffs") recently filed their First Amended Complaint adding the "New Defendants" (CanaRx Services, Inc.; CanaRx Group, Inc.; CRX International, Inc.; Giles Robert Howard; John Howard; ElectRx and Health Solutions, LLC; Jeffrey Dinsmore; ScriptSourcing, LLC; and Gary Becker) (DE 296) (collectively, "the Parties");

**WHEREAS**, on October 12, 2025, the Court granted Plaintiffs' Motion for Expedited Entry of Order to Show Cause to the extent that it sought leave to file an Amended Complaint (DE 277), reserving its ruling on the remainder of the relief Plaintiffs sought in DE 277, which included seeking a Temporary Restraining Order ("New TRO Motion"), an Expedited Discovery Order, and Order to Show Cause for a Preliminary Injunction -- all against the New Defendants. (DE 295.) Plaintiffs filed their First Amended Complaint on the same day, *see* DE 296, and, on October 20, 2025, the Court scheduled a hearing on the New TRO Motion for October 23, 2025. (*See* DE 305.)

**WHEREAS**, at the end of the New TRO Motion hearing on October 23, 2025, the Court issued a Temporary Restraining Order against the New Defendants, as reflected in DE 326. The

Order also set a hearing on the Motion for Preliminary Injunction for December 8, 2025, *see id.*, and the Court issued an Amended Expedited Discovery Order as well. (*See* DE 327.)

**WHEREAS**, the Parties wish to avoid burdening the Court with further briefing and hearings regarding DE 295.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, through their undersigned counsel, and subject to the approval of the Court that:

A.  Pending further order of the Court, New Defendants, and their principals, officers, agents, directors, members, servants, employees, successors, assigns, and all other persons or entities acting in concert or participation with any of them, whether acting directly or indirectly, are hereby restrained and enjoined from engaging in any or all of the following acts in United States commerce:

1.  Importing, advertising the importation of, or otherwise facilitating the importation of product bearing a Gilead Mark (as defined herein) into the United States from outside the United States. The "Gilead Marks" are defined as the following:

| Trademark | Registration Number(s) | Registration Date |
|---|---|---|
| GILEAD | 3,251,595 | 6/12/2007 |
| (shield logo) | 2,656,314 | 12/3/2002 |
| GSI | 3,890,252 | 12/14/2010 |
| BIKTARVY | 5,344,455 | 11/28/2017 |
| DESCOVY | 4,876,632 | 12/29/2015 |
| DESCOVY FOR PREP | 5,912,591 | 11/19/2019 |
| AMBISOME | 1,598,121 | 5/29/1990 |
| 9883 | 5,467,392 | 5/15/2018 |
| (9883 pill image) | 5,636,131 | 12/25/2018 |
| 7977 | 4,585,257 | 8/12/2014 |

| Trademark | Registration Number(s) | Registration Date |
|---|---|---|
| **TRUVADA** | 2,915,213 | 12/28/2004 |
| **SOVALDI** | 4,468,665 | 1/21/2014 |
| **STRIBILD** | 4,263,613 | 12/25/2012 |
| | 6,031,751 | 4/14/2020 |
| **VOSEVI** | 5,259,592 | 8/8/2017 |
| | 5,030,567 | 8/30/2016 |
| | 5,018,106 | 8/9/2016 |
| | 5,154,303 | 3/7/2017 |
| | 5,906,177 | 11/12/2019 |
| **GENVOYA** | 4,797,730 | 8/25/2015 |

2.  Purchasing, selling, distributing, marketing, manufacturing, offering for sale, or otherwise using in United States commerce, or facilitating the importation into the United States, any product bearing a Gilead Mark that has any of the following characteristics:

   a. The labeling is not exclusively in the English language; or

   b. The packaging is not exclusively in the English language; or

   c. The Patient Information document included with the product is <u>not</u> exclusively in the English language; or

   d. The labeling does not bear either the words "Rx only" or the symbol ℞only; or

   e. The labeling does not bear an NDC number; or

   f. The labeling provides temperatures exclusively degrees Celsius and does not also provide temperatures in degrees Fahrenheit; or

3

  g.  The Patient Information document included with the product does not bear the phrase "This Patient Information has been approved by the U.S. Food and Drug Administration"; or

  h.  The labeling does include the phrase "GILEAD ACCESS PROGRAM."

  3.  Removing from their premises, or discarding, destroying, transferring or disposing in any manner any information, computer files, electronic files, WhatsApp or text messages, business records (including, but not limited to, e-mail communications) or other documents relating to the New Defendants' assets and operations or relating in any way to the purchase, sale, manufacture, offer for sale, distribution, negotiation, importation, advertisement, promotion, or receipt of any products bearing any of the Gilead Marks; and

  4.  Assisting, aiding, or abetting any other person or business entity in engaging in or performing any action prohibited herein.

  B.  For the avoidance of doubt, nothing in the Stipulated PI Order as set forth in subparagraphs 1 through 4 above restricts any New Defendant from purchasing, selling, distributing, marketing, offering for sale, or otherwise using in United States commerce, any Gilead-branded medicine obtained from Gilead's authorized U.S. distributors as listed on Gilead's website, https://www.gilead.com/medicines/authorized-distributors.

  C.  The Amended Expedited Discovery Order (DE 327), order setting a briefing schedule for the Preliminary Injunction hearing (DE 326), and order setting the December 8, 2025 Preliminary Injunction Hearing (*id.*) are vacated as *moot*.

  D.  New Defendants retain their right to answer, move, or otherwise plead in response to the First Amended Complaint pursuant to Fed. R. Civ. P. 12, including, but not limited to, the right of any or all New Defendants to move to dismiss for lack of personal jurisdiction. By entering

this Stipulation and consenting to entry of this Stipulated PI Order, the New Defendants do not waive any personal jurisdiction defense.  This Stipulation does not revive the right to assert any defense that was waived prior to the parties entering this Stipulation through actions unrelated to negotiating and entering this Stipulation.

   **E.** Plaintiffs and New Defendants reserve the right to seek leave of the Court to dissolve or otherwise amend this Stipulated PI Order for good cause.

   **IT IS SO STIPULATED**.      Date: October 31, 2025.


*/s/ Geoffrey Potter*

Geoffrey Potter (*Pro Hac Vice*)
Timothy A. Waters (*Pro Hac Vice*)
Jonah M. Knobler (*Pro Hac Vice*))
Tara J. Norris (*Pro Hac Vice*)
Nathaniel Lancaster (*Pro Hac Vice*)
Jillian Horowitz (*Pro Hac Vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel. (212) 336-2000
Fax  (212) 336-2222
 gpotter@pbwt.com
 twaters@pbwt.com
 jknobler@pbwt.com
 tnorris@pbwt.com
 nlancaster@pbwt.com
 jhorowitz@pbwt.com

*Attorneys for Plaintiffs Gilead Sciences, Inc.*
*and Gilead Sciences Ireland UC*

*/s/ Joel D. Schwartz*
Joel D. Schwartz  (DMD Bar # 18818)
Marci B. Norton (DMD Bar # 31884)
PARKER POE ADAMS & BERNSTEIN LLP
900 7th Street NW, Suite 700
Wasington, DC 20001
T: (202) 854-2811
F: (202) 217-2771

Email: joelschwartz@parkerpoe.com
       marcinorton@parkerpoe.com

Tasneem A. Dharamsi (admitted pro hac vice)
Aislinn R. Klos (admitted pro hac vice)
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
T: (919) 828-0864
F: (919) 834-4564
Email: tasneemdharamsi@parkerpoe.com
aislinnklos@parkerpoe.com
*Attorneys for ElectRx and Health Solutions LLC; and for Jeffrey Dinsmore*


/s/ James H. Hulme
James H. Hulme (DMD Bar # 00875)
Laurel LaMontagne (DMD Bar # 21180)
ARENTFOX SCHIFF LLP
1717 K Street. MW
Washington, DC 20006
T: (202) 857-6000
F: (202) 857-6395
james.hulme@afslaw.com
laurel.lamontagne@afslaw.com

*Attorneys for: CanaRx Services, Inc.; CanaRx Group, Inc.; CRX International, Inc.; Giles Robert Howard; and John Howard*

/s/ David B. Abramowitz
David B. Abramowitz (admitted pro hac vice)
BUCHANAN INGERSOLL & ROONEY PC
North Riverside Building
150 North Riverside Plaza Suite 2800
Chicago, IL 60606
T: (312) 261-8735
david.abramowitz@bipc.com

Sara M. Zeimer (DMD Bar # 31571)
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street NW Suite 300
Washington, DC   20006
T: (202) 452-5469
sara.zeimer@bipc.com

*Attorneys for ScriptSourcing, LLC; and for Gary Becker*

6

**SO ORDERED**, this October 31, 2025.


/s/
_____
The Honorable Julie R. Rubin
United States District Judge