**Patterson Belknap**

www.pbwt.com

January 5, 2026

Timothy A. Waters
(212) 336-7601
twaters@pbwt.com

**Via ECF**

Hon. Julie R. Rubin
United States District Court for District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re:    *Gilead Sciences, Inc. et al. v. Meritain Health, Inc., et al.*,
       **No. 24-cv-3566 (JRR)**

Dear Judge Rubin:

We write pursuant to the Court's October 31, 2025 Order, Docket No. 336, requiring the parties to file periodic joint status reports. The Original Defendants' appeal of the preliminary injunction remains pending, with Appellants' reply briefs due on January 30.

Also pending is Gilead's motion for a scheduling conference and to lift the adjournment of responsive pleading deadlines, with opposition briefs due on January 19 and any reply due on January 30. No party seeks further relief from the Court at this time.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Timothy A. Waters*

Timothy A. Waters

cc: All counsel of record (via ECF)

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222