Patterson Belknap

www.pbwt.com

March 2, 2026

Timothy A. Waters
(212) 336-7601
twaters@pbwt.com

**Via ECF**

Hon. Julie R. Rubin
United States District Court for District of Maryland
101 West Lombard Street
Baltimore, MD 21201

**Re:** ***Gilead Sciences, Inc. et al. v. Meritain Health, Inc., et al.*****,**
**No. 24-cv-3566 (JRR)**

Dear Judge Rubin:

We write pursuant to the Court's February 3, 2026 Order, Docket No. 354, requiring the parties to file periodic joint status reports while the case is stayed before the Court. Briefing for the Original Defendants' appeal of the preliminary injunction is now complete and oral arguments are tentatively calendared during the Fourth Circuit's May 5-8, 2026 argument session. No party seeks further relief from the Court at this time.

Respectfully submitted,

*/s/ Timothy A. Waters*

Timothy A. Waters

cc: All counsel of record (via ECF)