Patterson Belknap

www.pbwt.com

August 31, 2026

Timothy A. Waters
(212) 336-7601
twaters@pbwt.com

**Via ECF**

Hon. Julie R. Rubin
United States District Court for District of Maryland
101 West Lombard Street
Baltimore, MD 21201

**Re:** ***Gilead Sciences, Inc. et al. v. Meritain Health, Inc., et al.*, No. 24-cv-3566 (JRR)**

Dear Judge Rubin:

We write pursuant to the Court's February 3, 2026 Order, Docket No. 354, requiring the parties to file periodic joint status reports while the case is stayed before the Court.

On August 13, 2026, the Fourth Circuit affirmed Your Honor's decision granting Gilead's preliminary injunction motion against the Original Defendants. *See Gilead Sciences, Inc. et al. v. Meritain Health, Inc., et al.*, No. 15-1828, Dkt. No. 128 (4th Cir. Aug. 13, 2026), *am.*, Dkt. No. 131 (4th Cir. Aug. 18, 2026). Meritain Health, Inc. and ProAct, Inc. filed a petition for rehearing *en banc* on August 27, 2026. *Id.* at Dkt. No. 135. The mandate has been temporarily stayed pending the Fourth Circuit's ruling on the rehearing petition. *Id.* at Dkt. No. 136. Pending the Fourth Circuit's resolution of Meritain and ProAct's rehearing petition, the case remains stayed before the District Court as directed in Docket No. 354.

Respectfully submitted,

*/s/ Timothy A. Waters*

Timothy A. Waters

cc: All counsel of record (via ECF)